IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MEGAN KALEY VIERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-00201-CV-W-DPR-SSA |
| | ) | |
| ANDREW M. SAUL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Motion for Attorney Fees. (Doc. 23.) Pursuant to the Equal Access to Justice Act, Plaintiff requests an award of attorney fees in the amount of $6,750.00. Per Defendant's Response, Defendant has no objection to the relief requested. (Doc. 25.) Upon review, the Court finds that Plaintiff is entitled to an award of attorney fees under the EAJA, and the agreed amount is reasonable. Also, per Plaintiff's Affidavit (doc. 23-2), the award may be made payable to Roger M. Driskill. Accordingly, it is **ORDERED** that

1. The Motion for Attorney Fees is **GRANTED**; and

2. An award of attorney fees in the amount of $6,750.00 shall be paid by the Social Security Administration, subject to offset to satisfy any pre-existing debt Plaintiff may owe to the United States.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: November 2, 2020